UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IVORY MITCHELL, individually, and on behalf of all other similarly situated consumers,<br><br>        Plaintiff,<br><br>v.<br><br>ENHANCED RECOVERY COMPANY d/b/a ERC,<br><br>        Defendant. | Case No.: 3:20-cv-00560-SDD-SDJ<br><br>NOTICE OF VOLUNTARY DISMISSAL |

### ORDER OF DISMISSAL

It is ordered, adjudged and decreed that all Plaintiff's claims are hereby dismissed in this matter without prejudice as to Defendant Enhanced Recovery Company d/b/a as ERC. All costs and attorney's fees shall be paid by the party incurring them.

Signed in Baton Rouge, Louisiana the 13th day of April, 2021.

_____
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**